IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:16-CV-58-D

| | | |
|---|---|---|
| CHERYL A. JONES, | ) | |
| | ) | |
| Appellant, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| SEAN DEMETRIOUS JONES, | ) | |
| | ) | |
| Appellee. | ) | |

On May 4, 2016, Cheryl A. Jones filed a motion for certification of direct appeal to the United States Court of Appeals for the Fourth Circuit [D.E. 14]. On the same day, Sean Demetrius Jones responded in opposition [D.E. 15].

The court agrees with the arguments of Sean Demetrious Jones. Cheryl A. Jones has not met the governing standard. The motion for certification of direct appeal [D.E. 14] is DENIED.

SO ORDERED. This _5_ day of May 2014.

JAMES C. DEVER III
Chief United States District Judge