UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | |
|---|---|
| CHERYL A. JONES, ) | |
| ) | |
| Appellant, ) | |
| ) | |
| v. ) | **JUDGMENT** |
| ) | No. 7:16-CV-58-D |
| ) | |
| SEAN D. JONES, ) | |
| ) | |
| Appellee. ) | |

**Decision by Court.**

This action came before the Honorable James C. Dever III, Chief United States District Judge, for ruling as follows:

**IT IS ORDERED, ADJUDGED, AND DECREED** that the judgment of the bankruptcy court is AFFIRMED.

**This Judgment Filed and Entered on December 5, 2016, and Copies To:**

Oliver Carter, III                                  (via CM/ECF electronic notification)

Richard Preston Cook                       (via CM/ECF electronic notification)

DATE                                                **JULIE RICHARDS JOHNSTON, CLERK**

December 5, 2016                            By:     /s/ Crystal Jenkins
                                                                    Deputy Clerk